UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kenneth D. Hampton,

    Petitioner,

    v.

Warden, Madison Correctional
Institution,

    Respondent.

Case No. 2:22-cv-4246

Judge Michael H. Watson

Magistrate Judge Merz

## ORDER

Magistrate Judge Merz issued a Report and Recommendation ("R&R")
recommending the Court dismiss with prejudice Petitioner's petition for a writ of
habeas corpus.  R&R, ECF No. 17.  The R&R notified Petitioner of his right to
object and that the failure to timely do so would forfeit appellate rights.  *Id.* at 8.
Even with the Prisoner Mailbox Rule, the deadline for objecting has passed, and
Petitioner failed to file objections.  Accordingly, the Court **ADOPTS** the R&R and
**DISMISSES WITH PREJUDICE** Petitioner's petition.  The Clerk shall enter
judgment for Respondent and close this case.

    **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT